UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIMMY GEORGE PERKINS   )<br>)<br>      Petitioner,   )<br>)<br>v.   )<br>)<br>WARDEN CARTER F. DAVENPORT   )<br>and THE ATTORNEY GENERAL OF   )<br>THE STATE OF ALABAMA,   )<br>)<br>      Respondents.   | Case Number: 1:14-cv-2186-WMA-JHE |

**FINAL ORDER**

In accordance with the Memorandum Opinion contemporaneously filed herewith, it is hereby **ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE.** No certificate of appealability will be issued. Costs are taxed as paid.

**DONE** this 11th day of January, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE